June 10, 2015

John R. Soard
38 Delsie Street
Clarksville, AR 72830
(479) 739-5512

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Ms. Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street Suite 354
Tyler, TX    75702

RE:        Case Number 12-14-00211
              Trial Case Number 3-42003 which includes 3-42004 & 3-42005

Dear Ms. Lusk,

    Please find enclosed the Appellant's Response to Appellee's Motion to Dismiss Appeal.

                                            Sincerely,

                                            John R. Soard
                                            John R. Soard

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

NO.12-14-00211-CV

JOHN R. SOARD,
    Appellant,

v.

TERRY THORN, SHELIA SMITH,
MARY PAGE AND b. JEFFERY DORAN

Appellees

IN THE COURT OF APEALS

TWELFTH DISTRICT OF TEXAS

SITTING IN TYLER, TEXAS

<u>APPELLANT' RESPONSE TO APPELLEE'S MOTION TO DISSMISS APPEAL</u>

**TO THE HONORABLE TYLER COURT OF APPEALS:**

Comes Now, Appellant, John R. Soard, and files this Response to

Appellee's Motion to Dismiss Appellant's Appeal as follows:

**SUMMARY OF ARGUMENT**

The TWELFTH COURT OF APPEALS, by letter dated July 28, 2014,

stated that, The clerk's and reporter's records in *case No. 12-14-00211-cv*

was due to have been filed by May 19, 2014, nevertheless we are granting

you until August 7, 2014 in which to file the record.

After a series of delays, the reporter's record was finally sent to Appellant

by the Twelfth Court of Appeals on May 14, 2015.

The clerk's record was finally received by Appellant on June 9, 2015.

According to the *RULES OF CIVIL PROCEDURE,* the Appellant now has 30 days to submit his brief.

## PRAYER

Appellant John R. Soard respectfully requests that the Court:

1.) Complies with the *TEXAS RULES OF CIVIL PROCEDURE;* and

2.) Award such other relief to which Appellant is entitled.

Respectfully Submitted

John R. Soard
Plaintiff Pro Se
38 Delsie St.
Clarksville, AR 72830
479) 739-5512

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record in accordance with the Texas Rules of Civil Procedure on June 10, 2015.

John R. Soard